ENTERED ON DOCKET
APR 12 2010

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SWOOZIE'S, INC.,[1] | ) | Case No. 10-66316-CRM |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING EMERGENCY MOTION FOR ENFORCEMENT OF ORDER PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE AUTHORIZING AND APPROVING (I) DEBTOR'S ENTRY INTO THE ASSET PURCHASE AND AGENCY AGREEMENTS WITH HILCO MERCHANT RESOURCES, LLC, (II) AUTHORIZING THE SALE OF CERTAIN OF THE DEBTOR'S ASSETS, FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (III) AUTHORIZING DEBTOR TO CONSUMMATE ALL TRANSACTIONS RELATED TO THE ABOVE, AND (IV) GRANTING OTHER RELIEF**

Hilco Merchant Resources, LLC, (the "Agent"), by counsel, having filed its *Emergency Motion for Enforcement of Order Pursuant to Section 363 of the Bankruptcy Code Authorizing and Approving (I) Debtor's Entry Into the Asset Purchase and Agency Agreements with Hilco Merchant Resources, LLC, (II) Authorizing the Sale of Certain of the Debtor's Assets, Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, (III) Authorizing Debtor to Consummate all Transactions Related to the Above, and (IV) Granting Other Relief* (the "Motion"), no objections having been filed, all appearances are as noted on the record, and the Court, having reviewed said Motion, having heard the arguments of counsel, and being duly advised, hereby sets relief requested in the Motion, therefore,

---

[1] The last four digits of Debtor's taxpayer identification number are 5738 and Debtor's mailing address is 80 W. Wieuca Road, Suite 302, Atlanta, GA 30342.

ATDS01 79321v3
4/11/2010 7:20:47 PM

IT IS HEREBY ORDERED AS FOLLOWS:

The City of University Park, Texas, shall permit Hilco Merchant Resources, LLC, as Agent for the Debtor, to use at Swoozie's store number nine (9), located at 8417 Preston Center Plaza Drive, the forms of advertising described in the attached **Exhibit A**.

IT IS SO ORDERED, this /2 day of April, 2010,

_____
C. RAY MULLINS
UNITED STATES BANKRUPTCY JUDGE

Prepared and presented by:

_____
John W. Mills, III / No. 509705
BARNES & THORNBURG LLP
Atlanta Financial Center
3343 Peachtree Road, N.E.
Suite 1150
Atlanta, Georgia 30326
Phone: (404) 264-4030
Facsimile: (404) 264-4033
E-Mail: john.mills@btlaw.com

*Attorney for Hilco Merchant Resources, LLC*

ATDS01 79321v3
4/11/2010 7:20:47 PM

2

## EXHIBIT A

# SWOOZIES
# Store #9
# Dallas, TX

| | (QTY) | Size | Utilized |
|---|---|---|---|
| **Banners** | | | |
| PAPER BANNER (STORE CLOSING) | 1 | 3'x15' | interior |
| **3 x 5 Window Signs** | | | |
| Store Closing Sale | 3 | 3'x5' | windows/ceiling |
| GOB | 2 | 3'x5' | windows/ceiling |
| Everything Must Go | 1 | 3'x5' | windows/ceiling |
| **Entire Store On Sale (+LEA O/L)** | 2 | 3'x5' | windows/ceiling |
| Nothing Held Back | 1 | 3'x5' | windows/ceiling |
| **Everything 10-30 Off W/Overlay (+LEA O/L) + UP TO O/L** | 3 | 3'x5' | windows/ceiling |
| Last 10 Days w/Overlay | 1 | 3'x5' | windows/ceiling |
| **28 x 28" Ceiling Signs** | | | |
| **Everything 10-30 Off W/Overlay (+LEA O/L) + UP TO O/L** | 9 | 28"x28" | windows/ceiling |
| **22 x 28" Ceiling Signs** | | | |
| Store Closing Sale | 5 | 22"x28" | windows/ceiling |
| GOB | 5 | 22"x28" | windows/ceiling |
| Everything Must Go | 2 | 22"x28" | windows/ceiling |
| **Entire Store On Sale (+LEA O/L)** | 4 | 22"x28" | windows/ceiling |
| Nothing Held Back | 2 | 22"x28" | windows/ceiling |
| Last 10 Day w/Overlays | 2 | 22"x28" | windows/ceiling |
| Fixtures For Sale **(WITH BUYERS' PREMIUM & WEBSITE)** | 4 | 22"x28" | windows/ceiling |
| **U-Pays** | | | |
| 2" x 3" Hang Tag | 200 | 2"x3" | interior |
| 3" x 4" Hang Tag | 500 | 3"x4" | interior |
| 5" x 7" Hang Tag | 500 | 5"x7" | interior |
| 7"x 11" | 200 | 7"x11" | interior |
| **Starbursts** | | | |
| Blank | 100 | 5"x7" | interior |
| **7 x 11" Toppers** | | | |
| 10% | 50 | 7"x11" | interior |
| 20% | 50 | 7"x11" | interior |
| 25% | 50 | 7"x11" | interior |
| 30% | 50 | 7"x11" | interior |
| 40% | 60 | 7"x11" | interior |
| 50% | 60 | 7"x11" | interior |
| 60% | 40 | 7"x11" | interior |
| 70% | 30 | 7"x11" | interior |
| 80% | 30 | 7"x11" | interior |
| 90% | 20 | 7"x11" | interior |
| **7 x 11" Charts** | | | |
| 10% | 5 | 7"x11" | interior |

ATDS01 79321v3
4/11/2010 7:20:47 PM

3

| | | | |
|---|---|---|---|
| 20% | 5 | 7"x11" | interior |
| 25% | 5 | 7"x11" | interior |
| 30% | 5 | 7"x11" | interior |
| 40% | 6 | 7"x11" | interior |
| 50% | 6 | 7"x11" | interior |
| 60% | 4 | 7"x11" | interior |
| 70% | 3 | 7"x11" | interior |
| 80% | 3 | 7"x11" | interior |
| 90% | 2 | 7"x11" | interior |
| **Policy Signs** | | | |
| All Sales Final | 5 | 17"x22" | interior |
| MFG Warranty | 2 | 17"x22" | interior |
| No Checks (V, MC, AE, DISC) | 4 | 17"x22" | interior |
| Please Do Not Open Merchandise | 10 | 17"x22" | interior |
| Store Hours | 2 | 8.5"X11" | doors/windows |
| Hotline Poster (HMR TIPS) | 1 | 2'x3' | interior |
| FF&E BALLOT BOX | 1 | 14"x14"x51" | interior |
| **Exterior Signs** | | | |
| A Frame (Going Out of Business) | 4 | 4'x8' | exterior |